UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1334

NICOLA ELIZABETH REID,

Petitioner,

versus

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A72-352-247)

Submitted:  January 15, 2008        Decided:  February 4, 2008

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Fatai A. Suleman, AMITY, KUM & SULEMAN, P.A., Greenbelt, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Kohsei Ugumori, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicola Elizabeth Reid, a native and citizen of Jamaica, petitions for review of an order of the Board of Immigration Appeals (Board) affirming the Immigration Judge's (IJ) decision to sustain the charge that Reid is removable for falsely claiming to be a citizen of the United States to gain admission to this country.  We have reviewed the record and conclude that the Board and IJ's conclusions are supported by substantial evidence, and that the record does not compel a contrary result.  See 8 U.S.C.A. § 1252(b)(4)(B) (West 2005); Haoua v. Gonzales, 472 F.3d 227, 231 (4th Cir. 2007).  Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED